Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP**, APC
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
**HAINES & KRIEGER**, LLC
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Azusa Aycock*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Azusa Aycock,<br><br>Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC, and Experian Information Solutions, Inc.<br><br>Defendants. | Case No. 2:17-cv-03140-RFB-GWF<br><br>**STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Azusa Aycock ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 13th day of July 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**NAYLOR & BRASTER**

By: /s/ Andrew J. Sharples
Jennifer L. Braster, Esq.
Andrew J. Sharples, Esq.
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Court
Dated: July 16, 2018.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on July 13, 2018, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148